NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLIE JAMES JACKSON, JR.,                )
                                           )
              Appellant,                   )
                                           )
v.                                         )        Case No. 2D18-4576
                                           )
STATE OF FLORIDA,                          )
                                           )
              Appellee.                    )
_____ )

Opinion filed September 9, 2020.

Appeal from the Circuit Court for Lee
County; Nicholas R. Thompson, Judge,
and Thomas Reese, Senior Judge.

Howard L. Dimmig, II, Public Defender, and
Clayton R. Kaeiser, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison C. Heim, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


                Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.